## 52112. NASH v. CARLILE et al.

BELL, Chief Judge.

This is an appeal from an order granting a motion to set aside a judgment in a garnishment case. This order is not a final judgment. *Finch v. Kilgore,* 120 Ga. App. 320 (170 SE2d 304). There is no certificate of immediate review nor has this court granted an application for an appeal under Code Ann. § 6-701 (a) 2 (A). The appeal is premature and must be dismissed.

*Appeal dismissed. Clark and Stolz, JJ., concur.*

ARGUED APRIL 6, 1976 — DECIDED MAY 17, 1976 — REHEARING DENIED JUNE 11, 1976.

*Ronald N. Winston, Drew J. Kovalak,* for appellant. *James A. Mackay, David L. G. King, Jr.,* for appellees.